## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GREENINGTON LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 23-00243 |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES CUSTOMS AND BORDER PROTECTION | ) ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

COMES NOW, the Plaintiff, Greenington LLC ("Greenington"), by and through its undersigned counsel, alleges the following complaint against the United States Customs and Border Protection. In support of its complaint, Greenington states the following:

1. Plaintiff is a limited liability company duly organized and existing under the laws of the state of Washington.

## JURISDICTION

2. This is an action contesting United States Customs and Border Protection's ("CBP" or "Customs") decision under Section 1515 of the Tariff Act (19 U.S.C. § 1515) denying Plaintiff's protests of the fees and tariffs assessed and paid on the importation of bamboo furniture from the People's Republic of China ("China").

3. Plaintiff is the importer of record for the entries whose liquidation was protested and are the subjects of this action.

4. The entries that are subjects of this litigation have been liquidated and the administrative

1

protests were filed. The protests were denied, and all administrative remedies have been exhausted.

5. This civil action is timely commenced through the filing of a summons within 180 days of the denial of the protest.

6. Plaintiff has paid all liquidated duties, fees, and exactions paid at or pursuant to the entries and liquidations which were subject to the protests, together with interest thereon from the dates of payment of such duties, fees, and exactions.

7. The value in controversy in this case exceeds twenty dollars ($20.00).

8. This Court has jurisdiction over this action under 28 U.S.C. § 1581(a).

9. Plaintiff is the taxpayer and otherwise has standing to bring this action.

**BACKGROUND AND DESCRIPTION OF MERCHANDISE AND CLAIMS**

10. Plaintiff imported bamboo furniture from China through six U.S. ports. The entry summaries (CF 7501), pro forma invoices, commercial invoices, packing lists, and bills of lading will be provided under a judicial protective order.

11. The bamboo furniture imported by Greenington includes bed frames, tables, chests, dressers, shelves, nightstands, and tables, including desks, dining tables, console tables, and end tables. The bamboo furniture is constructed of high-pressure laminated bamboo.

12. The ports, entry numbers, and commercial value of each entry subject to this action is summarized in the following table:

| Port of Entry | Entry Date[1] | Entry Number(s) | Protest Number(s) | Commercial Value(s) |
|---|---|---|---|---|
| 3501- Minneapolis-St.Paul | 09/09/2022 | 235-3433817-5 | 350123103266 | $29,361.00 |
| 3201 - Honolulu | 08/24/2022 | 235-3433758-1 | 320123100210 | $30,965.00 |
| 3002 - Tacoma | 10/12/2022<br>10/12/2022<br>10/5/2022 | 235-3434038-7<br>235-3434033-8<br>235-3434012-2 | 300223104411<br>300223104410<br>300223104409 | $30,486.00<br>$30,860.00<br>$27,021.00 |
| 3001 - Seattle | 09/21/2022<br>10/12/2022<br>09/24/2022<br>09/13/2022<br>09/16/2022<br>09/01/2022<br>09/01/2022<br>08/19/2022 | 235-3433910-8<br>235-3434039-5<br>235-3433920-7<br>235-3433881-1<br>235-3433872-0<br>235-3433785-4<br>235-3433784-7<br>235-3433716-9 | 300123105074<br>300123105073<br>300123105072<br>300123105071<br>300123105070<br>300123105069<br>300123105068<br>300123105067 | $18,128.00<br>$33,996.00<br>$28,750.00<br>$20,917.00<br>$33,723.00<br>$27,272.00<br>$29,024.00<br>$30,939.00 |
| 2704 - Los Angeles/Long Beach | 10/07/2022 | 235-3434025-4 | 270423167966 | $30,165.00 |
| 1303 - Baltimore | 09/03/2022 | 235-3433740-9 | 130323104063 | $64,363.00 |

13. The total commercial value of the entries is $465,970.00.

14. The bamboo furniture is constructed of high-pressure laminated bamboo. Each component of the bamboo furniture imported by Greenington has multiple layers of bamboo strips or panels. See **Exhibit A** for pictures and a diagram of the production process.

15. The production process begins with the harvesting of bamboo stems that are then cut into strips. The bamboo strips are then cut into strips, planed, and sorted for consistency.

16. The strips are then steamed to achieve the desired color. After the steam process, the strips are again sorted by color tone and checked for quality.

17. Next, the strips are finely planed by a planing machine to form a smooth surface. Glue

---

[1] The entry dates in ACE system are slightly different from the dates indicated on Customs Forms 7501. The dates listed herein are dates in the ACE system.

(resin) is applied to the bamboo strips. The strip bundles are then placed in a hydraulic press to form panels.

18. The one-ply panels are formed by gluing the bamboo strips horizontally and pressing both in the horizontal and vertical directions. The pressure in the horizontal direction is in the range of 12-14 MPa (1740 PSI-2030 PSI). The pressure in the vertical direction is in the range of 9-10 MPa (1305-1450 PSI). The press is maintained at 100℃ and the bamboo panels are pressed for 8-12 minutes. Subsequently, the bamboo panels are taken out and cooled to ambient temperature.

19. Multiple piles of bamboo are similarly made. They are glued together and pressed in both horizontal and vertical directions. The pressure in the horizontal direction is 9 MPa (1305 PSI). The pressure in the vertical direction is in the range of 12-14 MPa ( 1740 PSI-2030 PSI). Again, the press is maintained at 100℃ and the bamboo panels are pressed for 8-12 minutes. Subsequently, the bamboo panels are taken out and cooled to ambient temperature.

20. The bamboo furniture was properly classified under HTSUS code 9403.82.0015, which provides for "Other furniture and parts thereof: Of bamboo: Other household" with a duty rate of 0%. HTSUS 9403.82.0015 is on List 3 of the Section 301 tariffs[2], and therefore subject to additional duties unless otherwise excluded.

21. On February 5, 2020, the United States Trade Representative ("USTR") granted an exclusion to "household furniture of high-pressure laminated bamboo, other than babies' or children's furniture (described in statistical reporting number 9403.82.0015)."[3] The

---

[2] See Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, 83 Fed. Reg. 47974, 47989 (September 21, 2018).
[3] See Notice of Product Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, Fed. Reg. 85 6674 (February 5, 2020) ("Feb. 5, 2020 Notice").

exclusion is claimed under HTS code 9903.99.38.

22. The subject exclusion was extended on August 11, 2020.[4] The extended exclusion expired on December 31, 2020.

23. On March 28, 2022, the USTR reinstated the exclusion, applying it retroactively to October 12, 2021, and effective until December 31, 2022.[5] The reinstated exclusion is claimed under HTS code 9903.88.67 (the "subject exclusion").

24. On December 21, 2022, the USTR extended the subject exclusion to September 30, 2023.[6]

25. The entries at issue in the instant action were made between August 19, 2022 and October 12, 2022. The subject exclusion was in effect at all relevant times.

26. Greenington claimed the subject exclusion under 9903.88.67 and did not pay Section 301 tariffs on the bamboo furniture. The entry packages containing the Customs Form 7501 ("CF 7501"), pro forma invoices, commercial invoices, packing lists, and bills of lading ("BOLs") will be provided under a judicial protective order.

27. On July 7, 2023, CBP issued a rate advance CF 29 to Greenington disallowing the exclusion claimed for Greenington's bamboo furniture. See **Exhibit B**.

28. The CF 29 states, *inter alia,* that "the goods produced by Importer Greenington LLC do not qualify for the terms of conditions of the 301 Trade Remedy as cited in 87 FR 17380 Note 20 Annex A2 ttt iii. Based on open source data, the manufacturing details and available catalogs, your products do not correlate to the very specific construction

---

[4] See Notice of Product Exclusion Extensions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, 85 FR 48600 (August 11, 2020).
[5] See Notice of Extensions for Reinstated Product Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, 87 FR 17380 (March 28, 2022).
[6] See Notice of Extensions for Reinstated Product Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, 87 FR 78187 (December 21, 2022).

method that is required for the trade remedy and supports eligibility to receive preferential duty relief."

29. In a July 11, 2023 email (see **Exhibit C**), the import specialist stated that the exclusion is only applicable to bamboo furniture "made of lumber and sheet comprised of an HPL laminate atop an engineered bamboo substrate and not simply of bamboo lumber and sheet made under high pressure of bamboo laminates." Pursuant to the email, to qualify for the exclusion, the top layer of the bamboo furniture must be HPL - high-pressure laminate which is produced by:

> *saturating mulple layers of kraft paper with phenolic resin. A layer of printed décor paper is placed on top of the kraft paper before pressing. The resulng sandwich is fused together under heat and pressure (more than 1,000 PSI). Because phenolic and melamine resins are thermoset plastics, the curing process transforms the resin into plastic by a cross linking process that converts the paper sheets into a single, rigid laminated sheet.*

30. CBP determined that Greenington's furniture does not qualify for the terms of the exclusion HTS of 9903.88.67/9403.82.0015 because it "correlate to the very specific construction method that is required for the trade remedy and supports eligibility to receive preferential duty relief." See **Exhibit C**.

31. CBP proceeded with Rate Advances on the entries referenced in the table in paragraph 12, *supra*, and sent them for liquidation.

32. Greenington filed timely protests on September 11, 2023 for each of the fifteen (15) entries. The protests were denied on October 5, 2023.

33. The reason for the denial of the protests was the following:

*The 301 Trade Remedy HTS exclusion process has specific requirements and these products do not meet the terms and conditions for exclusion 9903.88.38 / 9403.82.0015 (FRN 85FR 6674 Note 20 q q Annex A2 ITEM 103) or 9903.88.67 Note 20 (ttt) (iii) (182) __ CBP has reviewed files provided in the protest module, open source and catalog*

*details and does not concur that the imported products qualify under this Exclusion HTS ___ Deny request to reverse rate advances from removed exclusion HTS on entry.___ No Change.*

See **Exhibit D**.

34. Due to CBP's erroneous interpretation of the exclusion language, Greenington was forced to pay the Section 301 tariffs plus interest that CBP billed to Greenington. The duty bills totaled $49,032.99.

35. CBP's denial of Greenington's protest is contrary to the common meaning of high-pressure laminated bamboo and leaves Greenington with no other recourse but to file this timely Complaint before this Court pursuant to 28 U.S.C. 2631 *et seq*.

## FIRST CAUSE OF ACTION

36. Paragraphs 1-35 are hereby incorporated by reference.

37. Greenington's bamboo furniture falls within the scope of the USTR's exclusion.

38. Nonetheless, CBP has issued a rate advance and denied Greenington's protests of the same and determined that Greenington's products do not qualify under the exclusion.

39. The exclusion is "available for any product that meets the description in the Annex, regardless of whether the importer filed an exclusion request. Further, the scope of each exclusion is governed by the scope of the product descriptions in the Annex, and not by the product descriptions found in any particular request for exclusion." See 85 FR 6674. The Annex is inserted as heading 9903.88.38 and 9903.88.67 to the HTSUS and has become an integral part of the tariff schedules.

40. The exclusion language references "[h]ousehold furniture of high-pressure laminated bamboo, other than babies' or children's furniture."[7]

---

[7] See Feb. 5, 2020 Notice, note 2, *supra*.

41. The exclusion language characterizes "bamboo" as "high-pressure laminated."[8]

42. Greenington's bamboo furniture is made of laminated bamboo formed at high pressure. Thus, Greenington's furniture is made of "high-pressure laminated bamboo" and squarely falls within the exclusion granted by the USTR.

43. Therefore, Greenington's bamboo furniture imported under the entry numbers referenced in the table in paragraph 12 is exempted from the additional Section 301 tariff.

44. The amount of tariffs and interest overpaid on the subject entries of bamboo furniture from China totals $49,032.99.

45. Therefore, monies overpaid to CBP as Section 301 tariffs and interest in the amount of $49,032.99 should be refunded to Greenington.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Greenington LLC respectfully requests that this Court:

a) Order reliquidation of the entries covered by this civil action with a refund of duties plus interest as provided by law;

b) Grant such other and further relief as this Court deems appropriate.

Dated: November 27, 2023

Respectfully submitted,

/s/ Shanshan Liang
**LIANG+MOONEY, PLLC**
Shanshan Liang, Esq.
Fla. Bar No. 112991
sliang@customscourt.com
2104 Delta Way, Suite #1
Tallahassee, FL 32303
(850) 893-0670
*Counsel to Plaintiff*

---

[8] Id.

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on November 27, 2023, copies of Plaintiff's Summons and Complaint were served on the following parties by certified mail, return receipt requested:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

/s/ Shanshan Liang
**LIANG+MOONEY, PLLC**
Shanshan Liang, Esq.