**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| GREENINGTON LLC,<br><br>               Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>               Defendant. | Court No. 23-00243 |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Timothy M. Reif, is hereby reassigned to the Honorable Lisa W. Wang.

Dated at New York, New York, this 27th day of March, 2024

                                            /s/ Mark A. Barnett
                                              Mark A. Barnett
                                                Chief Judge